# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **STATE FARM FIRE AND CASUALTY COMPANY,** : | **CIVIL ACTION NO. 17-CV-1352** |
| : | |
| : | **(Chief Judge Conner)** |
| **Plaintiff** : | |
| : | |
| v. : | |
| : | |
| **NARCISO ALEJANDRO RODRIGUEZ-CAYRO,** : | |
| : | |
| **Defendant** : | |

## ORDER

AND NOW, this 2nd day of October, 2018, upon consideration of the motion (Doc. 14) for judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c) filed by plaintiff State Farm Fire and Casualty Company ("State Farm"), and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. State Farm's motion (Doc. 14) for judgment on the pleadings is GRANTED.

2. It is ORDERED and DECLARED that State Farm has no duty to defend or indemnify defendant Narciso Alejandro Rodriguez-Cayro ("Narciso") in the underlying civil lawsuit filed by Kyli Rodriguez-Cayro against Narciso in the Third Judicial District Court for Salt Lake County, Utah, Case No. 170904045, (see Doc. 9-4).

3. The Clerk of Court shall enter declaratory judgment in State Farm's favor on Counts I and II of the amended complaint as set forth in paragraph 2.

4. Counts III through VIII of the amended complaint are DISMISSED as moot.

5. The Clerk of Court shall thereafter CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania